1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | MATTHEW COPPLE, et al.,

11 |                 Plaintiffs,

12 |        v.

13 | ARTHUR J. GALLAGHER & CO., et al.,

14

15 |                 Defendants.

CASE NO. 22-CV-00116-LK

MINUTE ORDER GRANTING
STIPULATED MOTION TO
EXTEND DEADLINE TO
ANSWER COMPLAINT

16

17     The Clerk issues the following Minute Order by the authority of the Honorable Lauren King, United States District Judge.

18     The Court GRANTS the parties' Stipulated Motion to Extend Deadline to Answer or Otherwise Respond to Complaint. Dkt. No. 12. Defendants shall file an answer or other responsive pleading no later than February 25, 2022. *See id.* at 2.

19

20     Dated this 9th day of February, 2022.

21

22                                        RAVI SUBRAMANIAN
                                          Clerk of Court

23
                                          */s/Natalie Wood*
24                                        Deputy Clerk

MINUTE ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO ANSWER
COMPLAINT - 1