UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW COPPLE, et al.,<br><br>                Plaintiff,<br><br>   v.<br><br>ARTHUR J. GALLEGHER & CO., et al.,<br><br>                Defendant. | Case No. C22-0116-LK-SKV<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

A Motion to Transfer filed by Defendants Arthur J. Gallagher & Co. and three of its affiliates (collectively "Gallagher"), Dkt. 21, is currently pending before the Court. Plaintiffs and Defendant City of Bellevue (Bellevue) filed oppositions to the motion, Dkts. 26 & 31, and Gallagher filed a reply, Dkt. 35. The Court, having conducted a preliminary review of the motion, documents filed in support and in opposition, and the remainder of the record, herein finds as follows:

(1) The Court finds supplemental briefing on the following topics would be helpful in resolving the parties' disputes in relation to the Motion to Transfer: (a) Gallagher's assertion of personal jurisdiction over Bellevue in Illinois based on the allegations in the Complaint, *see* Dkt. 35 at 4-6; and (b) Bellevue's inclusion as a defendant given information as to Plaintiff Thomas

Moriarity and any other individuals associated with Bellevue and the data breach at issue in this lawsuit, *see, e.g.,* Dkt. 22, ¶¶4-6; Dkt. 31 at 2-3; Dkt. 35 at 2-4. *See also* Dkt. 29 at 2-4. The Court therefore ORDERS that, on or before **August 19, 2022**, Bellevue shall submit a supplemental brief on the issue of personal jurisdiction and Plaintiffs shall submit a supplemental brief on the issue of Bellevue's inclusion as a defendant in this matter. The Court further orders that, on or before **September 2, 2022**, Gallagher shall submit a supplemental brief in response to the additional briefing from Bellevue and Plaintiffs, and Bellevue shall submit a response to Plaintiffs' supplemental brief. Gallagher's Motion to Transfer is RENOTED for consideration on **September 2, 2022**.

(2)   The Clerk is directed to send copies of this order to the parties and to the Honorable Lauren King.

Dated this 5th day of August, 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge