1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW COPPLE, et al.,

                Plaintiff,

   v.

ARTHUR J. GALLAGHER & CO., et al.,

                Defendant.

CASE NO. 22-CV-00116-LK

ORDER ADOPTING REPORTS
AND RECOMMENDATIONS AND
TRANSFERRING CASE

      This matter comes before the Court on Plaintiffs' Motion to Remand, Dkt. No. 20, Defendants' Motion to Transfer, Dkt. No. 21, and the accompanying Reports and Recommendations of United States Magistrate Judge S. Kate Vaughan, Dkt. Nos. 47, 52.

      On August 2, 2022, Judge Vaughan recommended that the Court deny Plaintiffs' motion to remand. Dkt. No. 47. She thereafter ordered supplemental briefing on Defendants' motion to transfer. Dkt. No. 48. After the 14-day objections period passed on Judge Vaughan's initial Report and Recommendation, Plaintiffs voluntarily dismissed all claims against Defendant City of Bellevue. Dkt. No. 49. And with the City no longer a party to the suit, Plaintiffs no longer opposed Defendants' motion to transfer. *See* Dkt. Nos. 50, 53. Thus, on September 12, 2022, Judge

Vaughan issued a second Report and Recommendation concluding that transfer of this case is proper. Dkt. No. 52.

Having reviewed the record and applicable law, and there being no objections, the Court does hereby find and ORDER:

    (1) Judge Vaughan's August 2, 2022 Report and Recommendation is ADOPTED. Dkt. No. 47.

    (2) Plaintiffs' Motion to Remand is DENIED. Dkt. No. 20.

    (3) Judge Vaughan's September 12, 2022 Report and Recommendation is ADOPTED. Dkt. No. 52.

    (4) Defendants' Motion to Transfer is GRANTED. Dkt. No. 21.

    (5) This case is TRANSFERRED to the United States District Court for the Northern District of Illinois for all further proceedings.

    (6) This matter is CLOSED.

Dated this 23rd day of September, 2022.

Lauren King
United States District Judge